# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carlos Oliva Bermudez   JOINT DEBTOR: Yamila Pantoja   CASE NO.: _____
Last Four Digits of SS# 2228   Last Four Digits of SS# 6327

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 331.94 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 +775   TOTAL PAID $ 1500
   Balance Due   $ 2925   payable $ 292.50/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment   $ _____/month (Months _____ to _____)
_____   Regular Payment   $ _____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Resurgent | 5490 West 22 Lane #5, Hialeah, FL 33016 $57,350.00 | 0% | n/a | n/a | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____   Total Due $ _____
   Payable   $ _____/month (Months _____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $ 6.25/month (Months 1 to 10) and Pay $ 298.75/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing, West Lane Townhouse Condominium and Power Financial Credit Union and will continue to pay these creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.          /s/Robert Sanchez, Esq.
Attorney for the Debtor          Attorney for the Joint Debtor
Date: 03-27-2014          Date: 03-27-2014


LF-31 (rev. 01/08/10)