# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                   Case No. 13-38178-LMI
Carlos Oliva Bermudez & Yamila Fleitas Pantoja                  Chapter 13
_____Debtors_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐        301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 13 | DEUTSCHE BANK NATIONAL TRUST Co./ Ocwen Loan Servicing | $216,844.94 | On or about August 6, 2014 creditor filed a secured proof of claim in the amount of $216,844.94 and an arrearage in the amount of $12.61. Said creditor is being paid outside the plan by the joint Debtors. Debtors request the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |

LF-24 (rev. 02/15/05)

I HEREBY CERTIFY that a true copy of the foregoing was mailed this

<u>14th</u> day of July, 2015 to:

Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard, 6th Floor
Atlanta, GA 32301

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Deutsche Bank National Trust Co.
c/o Eric Smith, CFO
60 Wall Street
NYC60-4006
New York, NY 10005

Deutsche Bank National Trust Co.
c/o Jacques Brand, Director
60 Wall Street
NYC60-4006
New York, NY 10005

Deutsche Bank National Trust Co.
1761 E SAINT ANDREW PL
SANTA ANA, CA 92705-4934

Deutsche Bank National Trust Co.
c/o CT CORPORATION SYSTEM, R.A.
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

LF-24 (rev. 02/15/05)

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

          Respectfully Submitted:

          **Robert Sanchez, P.A.**
          Attorney for Debtor
          355 West 49th Street
          Hialeah, FL 33012
          Tel. 305-687-8008
          Fax. 305-512-9701

          By: /s/ Robert Sanchez
             [X]Robert Sanchez, Esq., FBN#0442161