

ORDERED in the Southern District of Florida on August 28, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No. 14-17048-BKC-LMI

CARLOS OLIVA BERMUDEZ &
YAMILA FLEITAS PANTOJA,                                   Chapter 13

        Debtors.
_____/

### ORDER DENYING WITHOUT PREJUDICE OBJECTION TO CLAIM

This matter came before the Court on the Objection to Claim (ECF #36) filed by the Debtor. The Court having reviewed the Objection and the record, it is ORDERED:

1. The Debtor's Objection to Claim Number 13 (ECF #36) is DENIED WITHOUT PREJUDICE with leave to re-serve the claimant at the address for notices listed on the proof of claim in accordance with Local Rule 3007-1, within fourteen (14) days from the date of this order.

###

Copy to:
Robert Sanchez, Esq.

*Attorney Sanchez shall serve a copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*